ACCEPTED
141400604-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/20/2015 12:53:31 PM
CHRISTOPHER PRINE
CLERK

14-14-00604-CV

BRIDGESTONE LAKES COMM. IMPROVEMENT ASS'N, INC.

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
4/20/2015 12:53:31 PM
CHRISTOPHER A. PRINE
Clerk

*Appellant*

V.

BRIDGESTONE LAKES DEVELOPMENT COMPANY, INC.,

ROBERT A. HUDSON, CLAUDIA HUDSON, and TIFFANY ROATH

*Appellees*

---

ON APPEAL TO THE FOURTEENTH COURT OF APPEALS

FROM THE 152nd JUDICIAL DISTRICT COURT

TRIAL CASE NO. 2011-53723

---

**MOTION FOR EXTENSION OF TIME**

**TO FILE APPELLANTS' BRIEF**

---

**TO THE HONORABLE COURT OF APPEALS:**

COMES NOW APPELLANT, BRIDGESTONE LAKES COMMUNITY IMPROVEMENT ASSOCIATION, INC. and files this, their Motion for extension of time in which to file their brief. Appellant would show as follows:

1.

Appellant is Bridgestone Lakes Community Improvement Association, Inc, and Appellees are Robert A. Hudson, Claudia Hudson and Tiffany Roath.

2.

On August 25, 2014, Appellant filed a Designation of Clerk's Record for this case. It was envelope 2276771. It was deemed "accepted" but apparently did not reach the post-judgment department. (*See* Ex. "A", incorporated herein by reference). Despite resending this letter twice, the Supplement did not contain the documents requested. Counsel is now checking to assure that everything requested is finally filed. Checking is an involved process, as nothing is in chronological order and responses do not follow motions and orders do not follow responses. The most recent supplement was filed March 30, 2015. However, the brief is slated by the clerk to be due today, April 20, 2015. This is an involved appeal, with at least three interlocutory orders to be appealed. (three partial summary judgments). It requires thirty days after the record became complete to get it done and do justice to this case. Appellant asks for a **seven day extension**, until and including **April 27, 2015.** This will still be less than thirty days from the time the record was filed.

3.

Three extensions have been granted, but they were all before the record was complete. Appellant bore no fault in the problems there have been in assembling the record. It should not be penalized for something it didn't cause.

4.

Judgment was signed July 21, 2014 after summary judgment. Notice of Appeal was filed in the trial court on July 24, 2014. The Reporter's Record was filed on December 5, 2014. The Supplemental Clerk's Record was filed March 30, 2015.

5.

Appellee's counsel was been consulted by email late last night and contacted by telephone this morning but it is unknown whether Appellee is unopposed to this extension.

6.

In addition to working at the trial level in this case (fighting a Motion to Raise the Supersedeas Deposit) and working on this appeal, Counsel for Appellant has had her time taken up by the following:

1) A short illness;

2) A move of her office, which had her office in upheaval for about three weeks because she is a solo who did the preparation herself;

3) Briefing on the Merits and Reply Brief in the Supreme Court in No. 14-0517; *In the Interest of M.M.M. and S.H.M.*;

4) Work on 14-14-00169-CV: *Tauch v. Scott*;

5) Work on 04-14-00655; *Hosek v. Scott*; and

6) Negotiations in 03-14-00672-CV; *Dunn v. Mariott Hotel Corp.*

## CONCLUSION & PRAYER

The reason for this extension is because Appellant was not at fault in having a Clerk's Record that was not completely filed until March 30, 2015, and now that the record is probably complete, Counsel needs at least twenty-eight days to present Appellant's several points of error. Appellant asks this Court for an extension of seven days of the deadline to file its brief, until April 27, 2015. This extension is not asked for for purposes of delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, APPELLANT asks this Court to extend the deadline for filing their Brief seven days until April 27, 2015, and for such other and further relief as may be just.

Respectfully submitted,

_____/s/ MB CHIMENE_____

THE CHIMENE LAW FIRM
Michele Barber Chimene
TBN 04207500
2827 Linkwood Dr.
Houston, TX. 77025
PH: (832) 940-1471; no fax
michelec@airmail.net

## CERTIFICATE OF CONFERENCE

Appellant's counsel has contacted Joseph Callier's office today and emailed yesterday, and was unable to obtain a response.

_____/s/ MB CHIMENE_____

## CERTIFICATE OF SERVICE

A true and correct copy of this Motion for Extension has been served on counsel for Appellees, Joseph Callier at Callier and Garza, LLP, 4900 Woodway, Ste. 700, Houston, TX. 77056, callier@callierandgarza.com on April 20 2015 by ECF and email.

_____/s/  MB CHIMENE_____

The Chimene Law Firm

15203 Newfield Bridge Ln.
Sugar Land, TX. 77498
michelec@airmail.net

August 4, 2014

Ms. Washington
Clerk, Harris County Post-Trial
201 Caroline St.
Houston, TX. 77002

Re: Cause No. 2011-53723; *Bridgestone Lakes Comm. Improv. Ass'n, Inc. v. Bridgestone Lakes Development Co., Inc., et al.*; On appeal to the Houston Fourteenth Court of Appeals

Dear Ms. Washington:

My client wishes to appeal the above-referenced case and the case has been assigned to the Fourteenth Court of Appeals. Please assemble a Clerk's Record for the appeal and let the undersigned know what you require as far as costs. The Clerk's Record should contain, at a minimum, the following:

1) Docket sheet for the case;
2) The live pleadings. I believe these are the Fourth Amended Petition, (56519299, 56867837, 56827910-11, 56724671), First Amended Answer, (51258891); Counterclaim for Indemnity, (51258890); and Answer to Counterclaim for Indemnity, (54398789);
3) All Motions for Summary Judgment or Motions for Partial Summary Judgment. I believe there are three in all. (53742141, 55085755, 55086250, 54783970, 55199860; Please include all the exhibits;
4) All Responses to Motions for Summary or Partial Summary Judgment and the exhibits and Affidavit of Susan Rice (55261801, 55261802-816 [exhibits], 55244608, 55231687, 55244609-16, 55231685 [exhibits], 58738907, 58738908-12 [exhibits], 58365343, 58789159, 58789160-61 [exhibits] ;

5) Any orders on summary judgments or partial summary judgments (59945464, There should be more than this one?);
6) Motions to Dismiss (56708632, 56680574, 56680575 [exhibit], 56535043
7) Attorney invoices (56680580)
8) Motion for sanctions (56535063)
9) Order signed denying attorney fees (56470769)
10) Order signed denying Motion to Dismiss (58179066)
11) Any Motions Attys' fees, for Reconsideration of attorneys' fees or responses thereto (55799762, 55720915, 55409825, 55376021, 56431452, 56394199, 56394200 [exhibit], 56247737, 56247739 [exhibit], 58372964, 58751643)
12) Any requests for rehearing of Motions for New Trial (54493830, 55143738, 55143741-43, 55199437, 55199441-68 [exhibits], 55155445, 55357706, 55357707-13 [exhibits], 55360995, 55331513, 55331518-15 [exhibits],
10) Hudson, et al's Objection to the Affidavit of Linda Wilkinson (58874286);
11) Defendants' Objection to the Affidavit of David Beyer (55874178);
12) Reply to Bridgestone Lakes Comm. Improv. Ass'n, Inc's Response to Defendants' No Evidence Motion for Summary Judgment and exhibits;
13) Docket Control Order/ Pre-Trial Order (3/5/14);
14) Order for Interlocutory Summary Judgment (repetitive of above request);
15) Proposed Findings of Fact;
16) Second Supplemental CPRC 18.002 attorneys' fees affidavit;
17) Findings of Fact and Conclusions of Law (61142952);
18) Affidavit of M. Susan Rice (4/4/14);
19) Hudson, et al's Request for Amended Findings of Fact (61287892);
20) Plaintiff's Response to Hudson, et al's Request for Amended Findings of Fact (61322076);
21) Final Judgment (6/27/14);
22) Order Modifying and Amending Temporary Orders (6/27/14);
23) Hudson, et al's Motion to Modify Judgment (61416248);
24) Order Modifying and Amending Temporary Orders Signed (7/21/14);
25) Notice of Appeal;
26) Letter to Court Reporter;
27) This Letter to Clerk

Please let me know if you believe I have omitted anything significant.  The entire list of documents in the case was not retrievable via the internet.

Thank you.

Respectfully submitted,
/s/ MB CHIMENE

Michele Barber Chimene
TBN 04207500